FILED
April 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-mj-00102 GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JUSTIN HAYNES, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Justin Haynes</u>; Case <u>2:10-mj-00102</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     X     Unsecured bond in the amount of <u>$50,000.00. ($25,000.00 co-signed by John Haynes and $25,000.00 co-signed by Audrey Hayes.)</u>

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     X     (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/26/10</u> at <u>2:30 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge