DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
JUSTIN HAYNES

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN HAYNES <br><br> Defendant. | Case No.: 2:10-cr-162 JAM <br><br> **ORDER GRANTING WAIVER OF DEFENDANT JUSTIN HAYNES PERSONAL APPEARANCE** |

After reviewing the Waiver of Appearance executed by defendant Justin Haynes, the court finds that the defendant waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation hearing, impanelment of jury, during trial, and imposition of sentence.   The Court will proceed in the defendant's absence and finds that the defendant's interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and will order the defendant to be present in court ready for hearing any day and hour the court may fix in his absence.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The Court finds that the defendant has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and that the defendant's attorney is authorized to set times and delays under the Act without defendant being present.

IT IS SO ORDERED

DATED:  3/5/2012

/s/ John A. Mendez
HON. JOHN A MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com